IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MICHAEL PAUL BONAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-10-370-C |
| ) | |
| SHERIFF OF JACKSON COUNTY; ) | |
| MR. ROGER LEVICK; ) | |
| MS. MACHELLE DICKERSON; ) | |
| MS. STACEY RANDOLPH; and ) | |
| MS. TERRIE PULLEY, ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

On September 3, 2010, Magistrate Judge Robert E. Bacharach issued an Order directing Plaintiff to show cause on or before September 24, 2010, why service has not been timely perfected upon the Defendants. The Order advised Plaintiff that in the absence of that showing, Plaintiff's Complaint would be dismissed without prejudice. Plaintiff has failed to file a response to that Order.

On October 12, 2010, Judge Bacharach issued a Report and Recommendation, recommending that the case be dismissed for Plaintiff's failure to timely serve the Defendants. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 28) is adopted and Plaintiff's complaint is dismissed without prejudice.

IT IS SO ORDERED this 15th day of November, 2010.

_____
ROBIN J. CAUTHRON
United States District Judge